March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ENERGY MAINTENANCE SERVICES GROUP I, LLC, TIM NESLER, ART ROBBINS, AND HARVEY SCHNITZER, Appellants

NO. 14-09-00907-CV                 V.

JIM SANDT AND ROXANNE SANDT, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, JIM SANDT AND ROXANNE SANDT, signed July 17, 2009, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below (1) to delete the award of $50,000 in punitive damages against appellant ART ROBBINS and in favor of appellees JIM SANDT AND ROXANNE SANDT and (2) to delete any and all recovery in favor of appellee ROXANNE SANDT. We order the judgment of the court below **AFFIRMED** except as modified in this judgment. We further order appellants ENERGY MAINTENANCE SERVICES GROUP I, LLC, TIM NESLER, ART ROBBINS, AND HARVEY SCHNITZER and their surety, ARGONAUT INSURANCE COMPANY, jointly and severally, to pay (1) the sums adjudged to appellee JIM SANDT, plus post-judgment interest at the rate of 5% per annum, compounded annually, from July 17, 2009 until paid, and (2) all costs that appellee JIM SANDT has incurred, both in this court and in the court below, except that the total liability of ARGONAUT INSURANCE COMPANY shall in no event exceed the amount of $1,200,000. We further order this decision certified below for observance.